Official Form 105

# Involuntary Petition Against an Individual

**12/15**

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

■ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Lisa
First name

Middle name

Langley
Last name

Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or doing business as names.

Lisa Lake Langley

Lisa Miller Lake Langley

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number** (ITIN)

■ Unknown

OR

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

■ Unknown

_____
EIN

_____
EIN

**6. Debtor's address**

| Principal residence | Mailing address, if different from residence |
|---|---|
| **1545 Harbour Club Dr.** | |
| Number          Street | Number          Street |
| **Ponte Vedra Beach FL 32082-0000** | |
| City          State          Zip Code | City          State          Zip Code |
| **Saint Johns** | |
| County | |

Principal place of business

_____
Number          Street

Case 1-25-11200-CLB,   Doc 1,   Filed 10/10/25,   Entered 10/10/25 16:50:50, Description: Main Document , Page 1 of 4

| Debtor | Lisa Langley | | Case number *(if known)* | |

| | City | State | Zip Code |

County

**7. Type of business**

☐ Debtor does not operate a business:

*Check one if the debtor operates a business*
☐ use Health Care Business (as defined in 11 U.S.C. § 101(27A)
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
■ None of the above

**8. Type of debt**

**Each petitioner believes:**
☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
■ Yes

| Debtor | **Emerge Capital Management, Inc.** | | Relationship | **Principal of Debtor** |
| District | **Western District of New York** | Date filed **October 10, 2025** | Case number, if known | **25-11198** |
| | | MM / DD / YYYY | | |

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

■ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.)

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Andrew Hungerbuhler** | **Money Judgment** | **$35210.76** |
| **Darren Gazdag** | **Money Judgment** | **$213069.15** |
| **Andrew Pond** | **Money Judgment** | **$42013** |
| | Total | **$290292.91** |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim,**

Official Form 105                     Involuntary Petition Against an Individual                                    page 2

| Debtor | **Lisa Langley** | Case number *(if known)* | |
|---|---|---|---|

the petitioner's representative, and the attorney following the format on this form.

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

**/s/ Arthur G. Baumeister, Jr., Esq.**
Signature of petitioner or representative, including representative's title

**Andrew Hungerbuhler**
Printed name of petitioner
Date signed          **October 10, 2025**
                                    MM / DD / YYYY

**Mailing address of petitioner**
**324 Boul.roland-Durand, Rosemere**
**Rosemere, Quebec**
Number          Street

**CANADA QC J7A 4M9**
City                              State              Zip Code

**If petitioner is an individual and is not represented by an attorney:**
Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number          Street

_____
City                              State          Zip Code

**Attorneys**

**/s/ Arthur G. Baumeister, Jr., Esq.**
Signature of attorney

**Arthur G. Baumeister, Jr., Esq.**
Printed name
**Baumeister Denz LLP**
Firm name, if any
**174 Franklin St., Suite 2**
Number          Street

**Buffalo NY 14202-0000**
City                              State          Zip Code
Date Signed     **October 10, 2025**
                                   MM / DD / YYYY
Contact phone                          Email     **abaumeister@bdlegal.net**
                  **(716) 436-5930**

**Petitioners or Petitioners' Representative**

**/s/ Arthur G. Baumeister, Jr., Esq.**
Signature of petitioner or representative, including representative's title

**Darren Gazdag**
Printed name of petitioner
Date signed          **October 10, 2025**
                                    MM / DD / YYYY

**Mailing address of petitioner**
**3070 Folkway Dr.,**
**Mississauga, Ontario**
Number          Street

**CANADA ON L5L 1Z7**
City                              State              Zip Code

**If petitioner is an individual and is not represented by an attorney:**
Contact phone _____
Email _____

**Attorneys**

**/s/ Arthur G. Baumeister, Jr., Esq.**
Signature of attorney

**Arthur G. Baumeister, Jr., Esq.**
Printed name
**Baumeister Denz LLP**
Firm name, if any
**174 Franklin Street, Suite 2**
Number          Street

**Buffalo NY 14202-0000**
City                              State          Zip Code
Date Signed     **October 10, 2025**
                                   MM / DD / YYYY
Contact phone                          Email     **abaumeister@bdlegal.net**
                  **(716) 852-1300**

Case 1-25-11200-CLB,    Doc 1,    Filed 10/10/25,    Entered 10/10/25 16:50:50,
Description: Main Document  , Page 3 of 4

| Debtor | **Lisa  Langley** | Case number *(if known)* | |

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                                State            Zip Code

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**/s/ Arthur G. Baumeister, Jr., Esq.**

Signature of petitioner or representative, including representative's title

**Andrew Pond**

Printed name of petitioner

Date signed        **October 10, 2025**

MM / DD / YYYY

**Mailing address of petitioner**
**1467 Outlook Ave., Apt. 3**

Number        Street

**Bronx NY 10465-0000**

City                                State            Zip Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone

Email

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                                State            Zip Code

---

**/s/ Arthur G. Baumeister, Jr., Esq.**

Signature of attorney

**Arthur G. Baumeister, Jr., Esq.**

Printed name

**Baumeister Denz LLP**

Firm name, if any

**174 Franklin Street, Suite 2**

Number        Street

**Buffalo NY 14202-0000**

City                                State            Zip Code

Date Signed        **October 10, 2025**

MM / DD / YYYY

Contact phone                              Email        **abaumeister@bdlegal.net**

**(716) 852-1300**

Case 1-25-11200-CLB,   Doc 1,   Filed 10/10/25,   Entered 10/10/25 16:50:50,
Description: Main Document  , Page 4 of 4