B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

WESTERN District Of NEW YORK

In re LISA LANGLEY ,  )  Case No. _____

Debtor*  )
A/K/A LISA LAKE LANGLEY  )  Chapter _____7_____
A/K/A LISA MILLER LAKE LANGLEY  )
  )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on October 10, 2025 (date), requesting an order for relief under chapter ___7___ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:    United States Bankruptcy Court
2 Niagara Square
Buffalo, New York 14202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:    Arthur G. Baumeister, Jr., Esq.
Baumeister Denz LLP
174 Franklin Street, Suite 2
Buffalo, New York 14202
abaumeister@bdlegal.net

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: _____    By: _____(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).