B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

WESTERN _____ District Of ___ NEW YORK _____

In re ___ LISA LANGLEY _____ ,  )    Case No. _25-11200 B_____

Debtor*  )
A/K/A LISA LAKE LANGLEY  )    Chapter _____ 7 _____
A/K/A LISA MILLER LAKE LANGLEY  )
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on
__October 10, 2025__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy
Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion
or answer to the petition within 21 days after the service of this summons. A copy of the petition is
attached.

Address of the clerk:    United States Bankruptcy Court
2 Niagara Square
Buffalo, New York 14202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:    Arthur G. Baumeister, Jr., Esq.
Baumeister Denz LLP
174 Franklin Street, Suite 2
Buffalo, New York 14202
abaumeister@bdlegal.net

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: _10-14-25_

_____
Lisa Bertino Beaser
Clerk of Court

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).