# Notice Recipients

District/Off: 0209−1    User: admin    Date Created: 10/14/2025
Case: 1−25−11200−CLB    Form ID: pdfattch    Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Arthur G Baumeister, Jr    abaumeister@bdlegal.net

TOTAL: 1