# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa Miller Lake
    Langley

                Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 7

SSN: xxx–xx–0000

## DEFICIENCY NOTICE

Docket # **8** – Verified Objection to Involuntary Chapter 7 Petition and Election to Proceed Under Chapter 11
    Filed on behalf of Debtor Lisa Langley . (RE: related document(s)1 Involuntary Petition (Chapter 7))
    (MW)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ]   Amendment:
    [   ] Amended Schedules must be served upon the supplemental creditors.
    [   ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the
       new creditors was not filed. The Court will not determine which creditors are being added.
       To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[   ]   Certificate of Personal Financial Management Course Completion (aka Certificate of Debtor Education) is
    missing. Official Form 423 was discontinued as of December 1, 2024 and can no longer be used to fulfill
    this requirement. Without this Certificate, this case will be closed without entry of a discharge order.
    To efile: Bankruptcy > Other > Financial Management Course Certificate.

[   ]   The caption on the document filed does not match the case caption in CM/ECF.

[   ]   Cover Sheet:

[ X ]   Certificate of service: is incomplete. The mailing matrix is missing.

[   ]   Proposed Order:

[   ]   Other:

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362–3281. Motion
Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[   ]   This motion **WILL NOT** be considered by the Court.

[   ]   To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ]   To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716–362–3200.**

    Date: November 10, 2025           Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                              By: Mackenzie R., Deputy Clerk

Form dfyother/Doc 9
www.nywb.uscourts.gov