# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa Miller Lake
    Langley

              Debtor(s)

Case No.: 1-25-11200-CLB
Chapter: 7

SSN: xxx-xx-0000

## NOTICE OF HEARING PURSUANT TO FRBP RULE 1013(a)

**PLEASE TAKE NOTICE** that a hearing will be held:

### DATE/TIME/LOCATION OF HEARING
### November 21, 2025 at 1:00 P.M.

**Robert H. Jackson U.S. Courthouse**
**2 Niagara Square, 5th Floor, Orleans Courtroom**
**Buffalo, NY 14202**

**Unless the Court grants special permission, the hearing will be held in person only.**

to consider and act upon the following:

    An Involuntary Petition under Chapter 7 having been filed by Andrew Hungerbuhler, Darren Gazdag and Andrew Pond, by their attorney, Arthur Baumeister, Esq., against Lisa Langley aka Lisa Lake Langley aka Lisa Miller Lake Langley, and Lisa Langley having answered and objected to the relief requested.

    Other business will be transacted as may properly come before said hearing. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Date: November 12, 2025

                                    Lisa Bertino Beaser
                                    Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362-3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form ntchrgbk/Doc 10
www.nywb.uscourts.gov