

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
      aka Lisa Lake Langley, aka Lisa
    Miller Lake Langley

Case No.: 1–25–11200–CLB
Chapter: 7

SSN:  xxx–xx–0000

               Debtor(s)

## ORDER FOR RELIEF UNDER CHAPTER 7 AND FIXING TIME TO FILE ALL SCHEDULES AND STATEMENTS

On consideration of the petition filed on October 10, 2025 against the above–named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**IT IS ORDERED** that the above–named debtor prepare and file with the Court schedules of assets and liabilities in accordance with the provisions of the Bankruptcy Rules within 14 days after the entry of this Order for Relief. If the required documents are not filed within the 14 days, the Court may order the above–named Debtor to appear and show cause why sanctions under Rule 9011 Fed.R.Bankr.P. should not be imposed, and if applicable, why any attorney's fees received thus far in connection with the filing should not be refunded in full or in part.

Dated:     **NOV 2 4 2025**

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

TO:  Debtor(s)
      Debtor(s) Attorney
      Office of the U.S. Trustee
      Attorney for Petitioning Creditors
      Petitioning Creditors

Form ORELIEF7
www.nywb.uscourts.gov



FILED
NOV 2 4 2025
BANKRUPTCY COURT
BUFFALO, NY