# Notice Recipients

District/Off: 0209−1　　　　　　User: admin　　　　　　Date Created: 11/24/2025
Case: 1−25−11200−CLB　　　　Form ID: pdforder　　　　Total: 6

**Recipients of Notice of Electronic Filing:**
aty　　　　Arthur G Baumeister, Jr　　　　abaumeister@bdlegal.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Lisa Langley　　1545 Harbour Club Dr.　　Ponte Vedra Beach, FL 32082
ptcrd　　Andrew Hungerbuhler　　324 Boul.Roland−Durand　　Rosemere, Quebec　　CANADA QC J7A 4M9
ptcrd　　Darren Gazdag　　3070 Folkway Dr.　　Mississauga, Ontario　　CANADA L5L 1Z7
ptcrd　　Andrew Pond　　1467 Outlook Ave., Apt. 3　　Bronx, NY 10465
smg　　　Office of the U.S. Trustee　　300 Pearl Street, Suite 401　　Olympic Towers　　Buffalo, NY 14202

TOTAL: 5