

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa
    Miller Lake Langley

              Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 7

SSN:  xxx–xx–0000

## ORDER FOR RELIEF UNDER CHAPTER 7 AND FIXING TIME TO FILE ALL SCHEDULES AND STATEMENTS

On consideration of the petition filed on October 10, 2025 against the above–named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**IT IS ORDERED** that the above–named debtor prepare and file with the Court schedules of assets and liabilities in accordance with the provisions of the Bankruptcy Rules within 14 days after the entry of this Order for Relief. If the required documents are not filed within the 14 days, the Court may order the above–named Debtor to appear and show cause why sanctions under Rule 9011 Fed.R.Bankr.P. should not be imposed, and if applicable, why any attorney's fees received thus far in connection with the filing should not be refunded in full or in part.

Dated:      NOV 2 4 2025

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

TO:  Debtor(s)
     Debtor(s) Attorney
     Office of the U.S. Trustee
     Attorney for Petitioning Creditors
     Petitioning Creditors

Form ORELIEF7
www.nywb.uscourts.gov



FILED
NOV 2 4 2025
BANKRUPTCY COURT
BUFFALO, NY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

   Lisa Langley
    aka Lisa Lake Langley, aka Lisa
   Miller Lake Langley

              Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 7

SSN: xxx–xx–0000

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **November 24, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #14:   Order for Relief Signed on 11/24/2025 Incomplete Filings due by 12/8/2025. NOTICE OF ENTRY. (MJR)

Date: November 24, 2025

                                    Lisa Bertino Beaser
                                    Clerk of Court

Form ntcentry/Doc 14
www.nywb.uscourts.gov