# Notice Recipients

District/Off: 0209–1       User: admin       Date Created: 11/26/2025

Case: 1–25–11200–CLB       Form ID: 309A       Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Lisa Langley | 1545 Harbour Club Dr. | Ponte Vedra Beach, FL 32082 | | |
| ptcrd | Andrew Hungerbuhler | 324 Boul.Roland–Durand | Rosemere, Quebec | CANADA QC J7A 4M9 | |
| ptcrd | Darren Gazdag | 3070 Folkway Dr. | Mississauga, Ontario | CANADA L5L 1Z7 | |
| ptcrd | Andrew Pond | 1467 Outlook Ave., Apt. 3 | Bronx, NY 10465 | | |
| tr | Regina A Walker | Law Office of Regina Walker | 200 John James Audubon | Suite 103 | Amherst, NY 14228 |
| aty | Arthur G Baumeister, Jr | Baumeister Denz LLP | 174 Franklin St, Suite 2 | Buffalo, NY 14202 | |

TOTAL: 6