United States Bankruptcy Court

Western District of New York

In re:

Lisa Langley

    Debtor

Case No. 25-11200-CLB

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Langley, 1545 Harbour Club Dr., Ponte Vedra Beach, FL 32082-3571 |
| ptcrd | | Andrew Hungerbuhler, 324 Boul.Roland-Durand, Rosemere, Quebec, CANADA, QC J7A 4M9 |
| ptcrd | + | Andrew Pond, 1467 Outlook Ave., Apt. 3, Bronx, NY 10465-1194 |
| ptcrd | | Darren Gazdag, 3070 Folkway Dr., Mississauga, Ontario, CANADA, L5L 1Z7 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.bu.ecf@usdoj.gov | Nov 24 2025 18:19:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur G Baumeister, Jr | on behalf of Petitioning Creditor Darren Gazdag abaumeister@bdlegal.net |
| Arthur G Baumeister, Jr | on behalf of Petitioning Creditor Andrew Hungerbuhler abaumeister@bdlegal.net |

Arthur G Baumeister, Jr
                        on behalf of Petitioning Creditor Andrew Pond abaumeister@bdlegal.net

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa
    Miller Lake Langley

                Debtor(s)

Case No.: 1−25−11200−CLB
Chapter: 7

SSN:  xxx−xx−0000

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **November 24, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #14:    Order for Relief Signed on 11/24/2025 Incomplete Filings due by 12/8/2025. NOTICE OF ENTRY. (MJR)

Date: November 24, 2025

Lisa Bertino Beaser
Clerk of Court

Form ntcentry/Doc 14
www.nywb.uscourts.gov