UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                                    Case #25-11198 CLB

Lisa Langley                                              Ch. 7
                          Debtor


Ex-Parte Motion to Convert Case to Ch. 11 under Sect. 706 (a)


Please take notice that upon the annexed application of James M. Joyce, attorney for Lisa Langley, and supported by an affidavit of Lisa Langley, individually, and as CEO of companion Debtor, Emerge Capital Management, Inc. dated December 19, 2025, Debtor in this case, moves this court before Hon. Carl L. Bucki, U.S. Bankruptcy Court Judge for an order Converting the case from under Ch. 7 to one under Ch.11, ex-parte pursuant to section 706(a) and Rule1017 (f) (2).

Dated:
Buffalo New York
December 19, 2025                 /s/James Joyce, Esq_____
                                 James M Joyce attorneys for debtor
                                 4733 Transit Rd.
                                 Depew, NY 14043
                                 716-656-0600

To:
 Clerk US bankruptcy Court
 electronically filed

US Trustees Office
Olympic Tower
300 Pearl St. Suite 401
Buffalo, NY 14202
electronically served

Trustee Regina Walker
200 John James Audubon
Suite 103
Amherst, NY 14228
electronically served

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In Re:                                          Case #25-11200 CLB

Lisa Langley,                                   AFFIDAVIT IN SUPPORT OF
                                                MOTION TO CONVERT CASE TO
                                                CHAPTER 11

                          Debtor

_____


Lisa Langley, Debtor herein, being duly sworn, deposes and says:


I am currently an involuntary Chapter 7 Debtor and also the CEO and majority shareholder of Emerge Capital Management, Inc. (also an involuntary Chapter 7 debtor, case # 25-11200, WDNY "Corporate Debtor"), and through counsel, respectfully move this Court pursuant to 11 U.S.C. § 706(a) for entry of an order converting this case from Chapter 7 to Chapter 11, and in support thereof states as follows:

1. This case commenced as an involuntary Chapter 7 proceeding along with Emerge, the Corporate Debtor, and have proceeded under Chapter 7 to date.

2. The Debtor seeks conversion to Chapter 11 as I have personally guaranteed a significant amount of corporate debt and am in the process of managing the corporate Chapter 11 (conversion motion pending) to continue Emerge's operations as a debtor-in-possession and to preserve and maximize the value of estate assets for the benefit of creditors. However, as I too have been forced into a (personal) involuntary Ch. 7 which complicates those efforts, as well as frustrates my ability to reorganize my personal finances and propose coordinated Reorganization Plans along with the Corporate Debtor in Possession.

3. The Corporate Debtor holds material litigation and arbitration claims that constitute significant assets of the estate, the efficient prosecution of which requires active management and oversight. My participation and guidance of those claims is essential to their success.

4. Conversion to Chapter 11 will facilitate orderly reorganization, and coordinate resolution of claims, and avoid unnecessary delay or erosion of estate value.

5. The Debtor seeks conversion promptly and in good faith, consistent with the Court's guidance and conversion is in the best interests of the estate and its creditors.

WHEREFORE, the Debtor respectfully requests that the Court enter an order converting this case to one under Chapter 11 of the Bankruptcy Code and granting such other and further relief as the Court deems just and proper.

Respectfully submitted

Dated: December 19, 2025



Lisa Langley, Individually, and CEO, Emerge Capital Management, Inc..

Sworn to before me this 19th day of December, 2025.

Notary Public DAVID GASKINS

State of Florida
County of St. Johns
Sworn to and subscribed before me on this 19th day of DEC, 2025, by Lisa Langsley who produced USA passport as identification.

Notary Public, State of Florida



# 589 454 707

DAVID GASKINS
MY COMMISSION # HH682994
EXPIRES: June 04, 2029

DAVID GASKINS
MY COMMISSION # HH682994
EXPIRES: June 04, 2029