UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE.
      LISA LANGLEY,                            Ch.7 BANKRUPTCY

                                           Case # 25-11200-CLB

           Debtor

                                           ORDER

_____

Upon the Ex-Parte application of James M. Joyce, Esq. Attorney for LISA LANGLEY. requesting conversion of the case from Chapter 7 to Chapter 11 pursuant to 11 U.S.C. § 706(a),  and the affidavit of Lisa Langley, Individually and CEO of Emerge Capital Management dated December 19, 2025 in support thereof, and the Court having entertained Debtor's application for conversion on the 21st day of December, 2025,  and the Court having duly deliberated thereon;

Now upon application of James M. Joyce, Esq. Attorney for the Debtor, it is

Ordered, adjudged and decreed that the Chapter 7 bankruptcy case herein be and hereby is converted to a case under Chapter 11 of the US Bankruptcy Code.

December  , 2025

                                        _____
                                        Carl L. Bucki, USBJ