# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:

Lisa Langley.

        Debtor.

_____/

Case No.: 25-11200-CLB
Chapter 7;
CERTIFICATION OF SERVICE

JAMES M. JOYCE, ESQ., of 4733 Transit road, Lancaster, NY 14043, certifies:

1. That he is over the age of eighteen years.

2. That on the 22nd day of December, 2025, has served the MOTION TO CONVERT CASE TO CHAPTER 11 parties listed below.

   US Trustees Office
   Olympic Tower
   300 Pearl St. Suite 401
   Buffalo, NY 14202
   electronically served

   Trustee Regina Walker
   200 John James Audubon
   Suite 103
   Amherst, NY 14228
   electronically served

I hereby certify that on the date shown below served by electronic means  at the address shown above.

I certify under the penalty of perjury that the foregoing is true and correct.

DATED: December 22, 2025

/s/ James M. Joyce
James M. Joyce, Esq.
Attorney for the Debtor
4733 Transit Road
Lancaster, NY  14043
716-656-0600
jmjoyce@lawyer.com