# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

---

In Re:

    Lisa Langley
      aka Lisa Lake Langley, aka Lisa Miller Lake
      Langley

                Debtor(s)

Case No.: 1-25-11200-CLB
Chapter: 7

SSN:  xxx-xx-0000

---

## ORDER CONVERTING CASE UNDER CHAPTER 7
## TO CASE UNDER CHAPTER 11

[ X ]  The debtor has filed a motion in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code). The court finds that the case has not been previously converted under 11 U.S.C. § 1112 or § 1208, or § 1307, and that the debtor is entitled to be a debtor under Chapter 11.

[   ]  A party in interest has filed a motion in accordance with 11 U.S.C. § 706(b) seeking to convert the case to a case under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code). The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT:**

1. This Chapter 7 case is converted to a case under Chapter 11.

2. The debtor not later than **14 days** after conversion of the case shall file a list of the debtor's equity security holders of each class, showing the number and kind of interests registered in the name of each holder and the last known name and address or place of business of each holder, as required by Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

3. The debtor, not later than **14 days** after conversion of the case, shall file the statements and schedules required by Rule 1007(b)Federal Rules of Bankruptcy Procedure, if such documents have not already been filed.

4. The debtor must file immediately, a list of the names, addresses, and amount of claims of the creditors that hold the 20 largest unsecured claims, as required by Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.

5. The Chapter 7 Trustee shall:

  **(a)** forthwith turn over to the debtor in possession, or Chapter 11 Trustee if one has been appointed, all records and property of the estate under his custody and control; and

  **(b)** not later than **30 days** after conversion of the case, file an accounting of all receipts and distributions made, together with a report on administration of the case. A copy of said report must also be transmitted to the U.S. Trustee.

6. The moving party immediately shall pay any additional filing fee.

7. [Other provisions as needed]

Dated:  DEC 2 2 2025

                                    **HONORABLE CARL L. BUCKI**
                                    Chief Judge, United States Bankruptcy Court

TO:  Debtor(s)
      Debtor(s) Attorney
      Chapter 7 Trustee
      United States Trustee

Form 7to11

www.nywb.uscourts.gov



FILED

DEC 2 2 2025

BANKRUPTCY COURT
BUFFALO, NY