**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa
    Miller Lake Langley

                Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 11

SSN:  xxx–xx–0000

## NOTICE OF ENTRY

    **PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 22, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #23:    Order Granting Motion To Convert Case from Chapter 7 to Chapter 11. Trustee Regina A Walker removed from the case. (RE: related doc(s) 22 Motion to Convert Case from Chapter 7 to 11). Signed on 12/22/2025. Incomplete Filings due by 1/5/2026. NOTICE OF ENTRY. (Flag set: CONVERTED) (MJP)

Date: December 22, 2025

Lisa Bertino Beaser
Clerk of Court

Form ntcentry/Doc 23
www.nywb.uscourts.gov