# Notice Recipients

District/Off: 0209−1          User: admin          Date Created: 12/30/2025
Case: 1−25−11200−CLB          Form ID: 309E1          Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lisa Langley | 1545 Harbour Club Dr. | Ponte Vedra Beach, FL 32082 | |
| ptcrd | Andrew Hungerbuhler | 324 Boul.Roland−Durand | Rosemere, Quebec | CANADA QC J7A 4M9 |
| ptcrd | Darren Gazdag | 3070 Folkway Dr. | Mississauga, Ontario | CANADA L5L 1Z7 |
| ptcrd | Andrew Pond | 1467 Outlook Ave., Apt. 3 | Bronx, NY 10465 | |
| aty | Arthur G Baumeister, Jr | Baumeister Denz LLP | 174 Franklin St, Suite 2 | Buffalo, NY 14202 |
| aty | James M. Joyce | 4733 Transit Road | Lancaster, NY 14043 | |

TOTAL: 6