UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

        Chapter 11

    LISA LANGLEY,

        Case No.  25-11200-CLB

               Debtor.

---

### CERTIFICATE OF SERVICE

1.      I am not a party to this action, am over the age of 18 years and am employed by the Office of the United States Trustee for the Western District of New York, Olympic Towers, 300 Pearl Street, Suite 401, Buffalo, New York 14202; and,

2.      On January 13, 2026, in addition to service via the Court's ECF system, I served the foregoing ***Motion of the United States Trustee to Convert or Dismiss Chapter 11 Case*** (the "Motion") by mailing a true and correct copy of the Motion in sealed envelopes with postage prepaid thereon in an official depository of the U. S. Postal Service within the state of New York, to the parties at the addresses, as follow:

| | |
|---|---|
| Lisa Langley<br>*Debtor*<br>1545 Harbour Club Dr.<br>Ponte Vedra Beach, FL 32082 | James M. Joyce, Esq.<br>*Debtor's attorney*<br>4733 Transit Road<br>Lancaster, NY 14043<br>*jmjoyce@lawyer.com* |

Dated: January 13, 2026                      */s/ KelliAnn Winkowski*
      Buffalo, NY                          KelliAnn Winkowski