# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa Miller Lake
    Langley

             Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 11

SSN:  xxx–xx–0000

**PLEASE TAKE NOTICE** that a hearing will be held:

## DATE/TIME/LOCATION OF HEARING
### February 9, 2026 at 10:00 A.M.

**Robert H. Jackson U.S. Courthouse**
**2 Niagara Square, 5th Floor, Orleans Courtroom**
**Buffalo, NY 14202**

**Parties may appear in person or by telephone.**
**To access the Telephone Conference System, parties should dial: 571–353–2301.**
**When prompted for the 'Number you wish to Dial' enter: 483077448#**
**When prompted for the 'Security Pin' enter: 9999#**

to consider and act upon the following:

A motion by the Office of the United States Trustee was filed on January 13, 2026 for converting this case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this Chapter 11, and for such other and further relief as the Court may deem just and proper.

Notice is further given that the original motion, which may include more comprehensive information, is on file with the Clerk of the Court and may be reviewed at this office during regular business hours.

Other business will be transacted as may properly come before said hearing. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Date: January 14, 2026

Lisa Bertino Beaser
Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362–3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form ntchrgbk/Doc 37
www.nywb.uscourts.gov