# Notice Recipients

District/Off: 0209−1  User: admin  Date Created: 1/14/2026
Case: 1−25−11200−CLB  Form ID: ntchrgBK  Total: 13

**Recipients of Notice of Electronic Filing:**
ust  Joseph W. Allen, 11  USTPRegion02.bu.ecf@usdoj.gov
aty  Arthur G Baumeister, Jr  abaumeister@bdlegal.net
aty  James M. Joyce  jmjoyce@lawyer.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Lisa Langley  1545 Harbour Club Dr.  Ponte Vedra Beach, FL 32082
ptcrd  Andrew Hungerbuhler  324 Boul.Roland−Durand  Rosemere, Quebec  CANADA QC J7A 4M9
ptcrd  Darren Gazdag  3070 Folkway Dr.  Mississauga, Ontario  CANADA L5L 1Z7
ptcrd  Andrew Pond  1467 Outlook Ave., Apt. 3  Bronx, NY 10465
smg  Office of the U.S. Trustee  300 Pearl Street, Suite 401  Olympic Towers  Buffalo, NY 14202
22072699  Internal Revenue Service  Insolvency Group I, Niagara Center  2nd Floor  130 S. Elmwood Avenue  Buffalo, NY 14202
22072700  Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101−7346
22072701  Secretary of the Treasury  1500 Pennsylvania Avenue, NW  Washington, DC 20220
22072698  U.S. Attorney  Federal Centre  138 Delaware Avenue  Buffalo, NY 14202
22072702  U.S. Securities and Exchange Commission  New York Regional Office  100 Pearl St., Ste 20−100  New York, NY 10004

TOTAL: 10