**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF NEW YORK**

## COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: __Lisa Langeley__  Case No. __25-11200__  Chapter: __11__

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** *(Select either 1, 2 or 3)*

- ☐ 1 - **Amendment** to Previously Filed Document *(Go to Sec. B)*
- ☑ 2 - Schedule/Statement **Not Previously Filed** *(Go to Sec. B)*
- ☐ 3 - Schedule of **Post-Petition Debts** (result of conversion-no fee due) *(Go to Sec. D)*

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

- ☐ Official Form **101**: ☐ Part 1 ☐ Part 2 ☐ Part 3 ☐ Part 4 ☐ Part 5 ☐ Part 6 ☐ Part 7
- ☑ Official Form **106Sum**: Summary of Your Assets and Liabilities and Certain Statistical Information
- ☑ Official Form **106Dec**: Declaration About an Individual Debtor's Schedules
- ☑ Official Form **107/207**: Statement of Financial Affairs
- ☐ Official Form **108**: Statement of Intention for Individuals Filing Under Chapter 7
- ☑ Schedules: ☑ Schedule A/B ☑ Schedule C ☑ Schedule D ☑ Schedule E/F
  ☑ Schedule G ☑ Schedule H ☑ Schedule I ☑ Schedule J ☐ Schedule J-2
- ☐ Official Form **113**: Chapter 13 Plan
- ☐ Official Form **201**: Question #: _____  ☐ Official Form **201A** (Ch 11 Non-Individuals)
- ☑ Form **2030**: Disclosure of Compensation of Attorney for Debtor
- ☐ Other: _____

*FOR CHANGES AFFECTING SCHEDULES D, E/F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

**C. CREDITOR/SCHEDULE INFORMATION:** *(Select either 1, 2 or 3)*

- ☐ 1 - **No Creditors** are being added or deleted.
- ☑ 2 - **Creditors are being added or deleted** by this amendment/schedule, AND
  - ☑ **$34.00** fee is attached
  - ☑ A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached.
    Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.
- ☐ 3 - **Schedules of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended** for purposes other than adding or deleting creditors.
  - ☐ **$34.00** fee is attached [e.g. changing amount of a debt or classification of a debt].
  - ☐ The fee does not apply [e.g. change of address of a creditor or change of attorney].

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE**: Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY** *[Attorney OR Debtor, if pro se, must sign]:* I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: __1/20/26__  Signature: __James M Joyce, Esq._____

**DECLARATION OF DEBTOR(S)**: *[Required if declaration is not completed on the document(s) itself or by separate instrument.]*
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of ____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Dated: _____  Signature: _____ (debtor)

Dated: _____  Signature: _____ (joint debtor, if any)