# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

                                          Case No.:  25-11200-CLB

Lisa Langeley                                 Chapter 11;

                                        CERTIFICATION OF SERVICE

          Debtor.

_____/

JAMES M. JOYCE, ESQ., of 4733 Transit road, Lancaster, NY 14043, certifies:

1. That he is over the age of eighteen years.

2. That on the 20  day of January, 2026, has served the Schedule A/B,C D E/F G H I J and Statement of Financial AffairsG on  parties listed below.

    US Trustees Office
    Olympic Tower
    300 Pearl St. Suite 401
    Buffalo, NY 14202
    electronically served

I hereby certify that on the date shown below served by electronic means  at the address shown above.

I certify under the penalty of perjury that the foregoing is true and correct.

DATED: January 20, 2026

                                        /s/ James M. Joyce
                                        James M. Joyce, Esq.
                                        Attorney for the Debtor
                                        4733 Transit Road
                                        Lancaster, NY  14043
                                        716-656-0600
                                        jmjoyce@lawyer.com