Debtor 1    **Lisa**                                      **Langley**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name       Last Name

United States Bankruptcy Court for the: _____**Western**_____   District of   **New York**

Case number   **25-11200 B**
(if known)

❏ Check if this is an
   amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
    ❏ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No. Go to line 3.
    ❏ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ❏ No
    ❏ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number              Street

    _____
    City                State              ZIP Code

3.  In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**  **Emerge Capital Management Inc.**<br>Name<br>**500 Pearl Street, Suite 740**<br>**500 Pearl Street 740**<br>Number          Street<br>**Buffalo, NY 14202**<br>City          State          ZIP Code | ❏ Schedule D, line _____<br>☑ Schedule E/F, line<br>**4.1, 4.2, 4.3, 4.4, 4.5, 4.8, 4.14, 4.15, 4.16**<br>❏ Schedule G, line _____ |
| **3.2** <br>Name<br><br>Number          Street<br><br>City          State          ZIP Code | ❏ Schedule D, line _____<br>❏ Schedule E/F, line _____<br>❏ Schedule G, line _____ |

Official Form 106H                    **Schedule H: Codebtors**                    page **1** of **1**