# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In Re:

    Lisa Langley
     aka Lisa Lake Langley, aka Lisa Miller Lake
    Langley

          Debtor(s)

Case No.: 1–25–11200–CLB
Chapter: 11

SSN:  xxx–xx–0000

## DEFICIENCY NOTICE

Docket #  **40** – Amended Schedules and/or Statements filed: Form 106Dec – Declaration for Individual Debtors, Schedule A–B, Schedule C, Schedule D, Schedule E–F, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Assets and Liabilities, Statement of Financial Affairs, Attorney Disclosure Statement. Filed on behalf of Debtor Lisa Langley. (Attachments: # 1 Certificate of Service # 2 Schedule 106 sum # 3 Schedule ab # 4 Schedule c # 5 Schedule D # 6 Schedule EF # 7 Schedule H # 8 Schedule I # 9 Schedule J # 10 Schedule G # 11 Schedule Declaration # 12 Schedule Statement of Financial Affairs # 13 Affidavit attorney compensation) Filed by Attorney (Joyce, James) Modified on 1/21/2026 (MJR).

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ]   Amendment:
    [   ] Amended Schedules must be served upon the supplemental creditors.
    [   ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added.
      To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[   ]   Certificate of Personal Financial Management Course Completion (aka Certificate of Debtor Education) is missing. Official Form 423 was discontinued as of December 1, 2024 and can no longer be used to fulfill this requirement. Without this Certificate, this case will be closed without entry of a discharge order.
    To efile: Bankruptcy > Other > Financial Management Course Certificate.

[   ]   The caption on the document filed does not match the case caption in CM/ECF.

[   ]   Cover Sheet:

[   ]   Certificate of service:

[   ]   Proposed Order:

[ X ]   Certificate of Service. Please note that service on some or all of the parties on the recipient list may not be in compliance with the Federal Rules of Bankruptcy Procedure. The Clerk's office cannot give legal advice. To efile: Bankruptcy > Other > Certificate of Service. Link back to the original document.

[ X ]   Other: It appears creditors are being added and the fee was not paid. A mailing matrix listing only the new creditors was not filed. These additional creditors were not uploaded. The Court will not review schedules to determine which creditors are being added. To efile: Bankruptcy > Other > Mailing Matrix.

    It is also noted that Official Forms 107 and 106Dec are missing signatures from the debtor.

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362–3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[   ]   This motion **WILL NOT** be considered by the Court.

[   ]   To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ]   To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716–362–3200.**

  Date: January 21, 2026           Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                 By: Mackenzie R., Deputy Clerk

www.nywb.uscourts.gov